# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME FREIGHT, INC.,<br><br>                             Plaintiff,<br>v.<br>SONIA L. FOSTER; THE FOSTER GROUP, INC.; DOES 1 through 10, inclusive,<br><br>                            Defendants,<br><br>AND RELATED COUNTERCLAIM | Case No. 10cv00578 BTM (BLM)<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

    Gordon & Rees, LLP ("G&R") has filed a motion to withdraw as counsel of record for Defendants Sonia L. Foster and The Foster Group, Inc. (collectively, the "Foster Defendants").

    G&R seeks to withdraw as counsel of record on the grounds that the Foster Defendants have ceased communicating with G&R, have made it unreasonably difficult for G&R to carry out its representation effectively, and have failed to comply with contractual obligations to pay fees and expenses to G&R.

    Under California's Rules of Professional Conduct, withdrawal is permissible if the client "renders it unreasonably difficult for the [attorney] to carry out the employment effectively, or . . . breaches an agreement or obligation to the [attorney] as to expenses or fees." Cal. R. Prof. Conduct 3-700(C)(1)(d) & (f).

Based on G&R's representations, set forth in the Declaration of Russell P. Brown, that the Foster Defendants ceased communicating with G&R in June 2011, and that they have failed to meet obligations as to fees and expenses owed both to G&R and to expert witnesses retained by G&R for the purposes of this representation, the Court finds that withdrawal is justified. Therefore, the Court **ORDERS** as follows:

1. G&R's motion to withdraw as counsel of record for the Foster Defendants is hereby **GRANTED**.

2. The stay of this case, entered on September 22, 2011 (Dkt. No. 34) is hereby **LIFTED**.

3. The Clerk shall terminate Gordon & Rees, LLP as counsel of record for Defendants Sonia L. Foster and The Foster Group, Inc.

4. G&R shall immediately serve a copy of this Order on both of the Foster Defendants, and shall file a proof of service with the Court.

5. Within **five days** of receiving this Order, The Foster Defendants shall provide, by fax or email, to the Court and to Plaintiff's counsel, current contact information for telephone, mail/delivery, e-mail, and fax.

6. The Foster Group, Inc. must retain new counsel and its new counsel must file a notice of appearance within **45 days** of the entry of this order. Since a corporation[1] cannot represent itself, if The Foster Group, Inc. does not obtain counsel, the Court may enter a default judgment against it and may dismiss its counterclaim for failure to prosecute.

7. All parties shall appear for a status conference on **Tuesday, February 21, at 4:00 p.m.**

**IT IS SO ORDERED.**

Dated: December 28, 2011

**HONORABLE BARRY TED MOSKOWITZ**
United States District Judge

---

[1] It appears from the record that The Foster Group, Inc. is a Maryland corporation. See Dkt. No. 12-1 at 2 of 8 (Exhibit A to Defendants' Answer to the Complaint).